Entered on Docket
February 08, 2010

Electronically

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

America's Servicing Company
08-71373 / 1127074672

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

Ronald Williams and Adrianne Williams

Debtors.

BK-S-08-11871-lbr

MS Motion No.
Date: December 30, 2009
Time: 10:00 a.m.

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-
2  petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $1,711.10 | $5,133.30 |
| (October 1, 2009-December 1, 2009) | |
| 3 Late charges at $75.98 | $ 227.94 |
| (October 16, 2009 – December 16, 2009) | |
| Motion Filing Fee | $ 150.00 |
| Attorneys Fees | $ 750.00 |
| Less suspense | – ($1,474.99) |
| Total Arrearages | $4,786.25 |

The above arrearage shall be paid in five (5) monthly installments of $797.71. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the January 20, 2010 with the final payment in the amount of $797.70 shall be due on or before June 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the January 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 3757 Tiffin Ct., Las Vegas, NV 89129, and legally described as follows:

Parcel One:
Lot 160 in Block 5 of Cimarron Village - Unit 3, as shown by map thereof on file in Book 68 of Plats, Page 39 in the Office of the County Recorder of Clark County, Nevada.

Parcel Two:
A non-exclusive easement appurtenant to Parcel One (1) of Ingress and Egress and of enjoyment in, to and over Association Property and Common Elements as set forth in the Declaration of Covenants, Conditions and Restrictions and Grant of Easements for Cimarron Gowan Maintenance Area, Cimarron Meadows, Cimarron Village and Copperhead recorded June 27, 1994 as Instrument/File No. 01014 in Book 940627 and re-recorded August 16, 1994 as Instrument/File No. 00028 in Book 940816 as the same may from time to time be amended and/or supplemented, all in the Office of the County Recorder, Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's

1. Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon
2. Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each
3. such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be
4. paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure
5. the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to
6. Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
7. subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
8. possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /S/GREGORY L. WILDE

GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By _Yarnall_ 1-25-10

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

Narrah F. Newark

By _[signature]_

Narrah F. Newark
Attorney for Debtors
2300 W. Sahara #500, Box 34
Las Vegas, NV 89102

Nevada Bar No. 2763