

**Entered on Docket
August 04, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4

08-71373 / 1127074672

## UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 08-11871-lbr |
| Ronald Williams and Adrianne Williams | Motion no. Date: Time: |
| | Chapter 13 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on June 12, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2  above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to
3  Secured Creditor, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital
4  I Inc. Trust 2006-HE4 its assignees and/or successors in interest, and Secured Creditor may proceed
5  with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 3757
6  Tiffin Ct., Las Vegas NV and legally described as follows:

>  Parcel One:
>  Lot 160 in Block 5 of Cimarron Village - Unit 3, as shown by map thereof on file in Book 68 of Plats, Page 39 in the Office of the County Recorder of Clark County, Nevada.
>
>  Parcel Two:
>  A non-exclusive easement appurtenant to Parcel One (1) of Ingress and Egress and of enjoyment in, to and over Association Property and Common Elements as set forth in the Declaration of Covenants, Conditions and Restrictions and Grant of Easements for Cimarron Gowan Maintenance Area. Cimarron Meadows, Cimarron Village and Copperhead recorded June 27, 1994 as Instrument/File No. 01014 in Book 940627 and re-recorded August 16, 1994 as Instrument/File No. 00028 in Book 940816 as the same may from time to time be amended and/or supplemented, all in the Office of the County Recorder, Clark County, Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

///
///
///
///
///
///
///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

/S/GREGORY L. WILDE

By_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107